# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

139215

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MONTE ALEXANDER STITT,
   Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139215
COA: 284097
Oakland CC: 2007-215314-FH

_____/

   On order of the Court, the application for leave to appeal the May 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk

s1019